AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERI LYNN HINKLE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  CV311-091

CBE GROUP,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court Entered on February 29, 2012, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED and this civil action stands CLOSED.

February 29, 2012
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03